UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ASHMEAN AYTCH,

                                  Plaintiff,

            -against-

SERGEANT JOSEPH REDMOND, Shield No. 4821; POLICE OFFICER STACEY ROBINSON, Shield No. 18684; POLICE OFFICER JANET PENA, Shield No. 5865; and POLICE OFFICERS JOHN and JANE DOES 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                  Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-3416 (RRM) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Cohen & Fitch, LLP<br>*Attorneys for Plaintiff*<br>233 Broadway, Suite 1800<br>New York, New York 10279<br>212-323-6880 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Redmond,*<br>  *Robinson, and Pena*<br>100 Church Street, Rm. 3-175<br>New York, New York 10007 |
| By: _____<br>Joshua P. Fitch<br>*Attorney for Plaintiff* | By: _____<br>Max McCann<br>*Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>         _____, 2013 | _____<br>HON. ROSLYNN R. MAUSKOPF<br>UNITED STATES DISTRICT JUDGE |